*Plaintiff(s) Counsel:*
Richard Meadow, Esq.
THE LANIER LAW FIRM, PLLC
Tower 56
126 E. 56th Street, 6th Floor
New York, New York 10022
(T) 212-421-2800
(F) 212-421-2878

-and-

Maura Kolb, Esq.
THE LANIER LAW FIRM, PC
6810 FM 1960 West
Houston, Texas 77069
(T) 713-659-5200
(F) 713-659-2204

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific No: 06-CV-5775<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| JOYCE LONG and VIRGIAL LONG,<br><br>            Plaintiff(s),<br><br>v.<br><br>PFIZER INC., ET AL.,<br>            Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, JOYCE LONG and VIRGIAL LONG, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action, only, with prejudice with each side bearing its own attorneys' fees and costs.

DATED: March 16, 2009        By: *Richard O. Meadow*
                                  Richard Meadow, Esq.
                                  THE LANIER LAW FIRM, PLLC
                                  Tower 56
                                  123 E. 56th Street, 6th Floor
                                  New York, New York 10022
                                  (T) 212-421-2800
                                  (F) 212-421-2878

                             -and-

                             Maura Kolb, Esq.
                             THE LANIER LAW FIRM, PC
                             6810 FM 1960 West
                             Houston, Texas 77069
                             (T) 713-659-5200
                             (F) 713-659-2204

                             *Counsel for Plaintiff(s).*


DATED: April 15, 2009        By: _____
                                  Michelle Sadowsky, Esq.
                                  DLA PIPER US LLP
                                  1251 Avenue of the Americas
                                  New York, New York 10020-1104
                                  (T) 212-335-4625
                                  (F) 212-884-8675

                             *Defendants' Liaison Counsel.*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 23, 2009        _____
                             Hon. Charles R. Breyer
                             United States District Court



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA